**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: GENERAL STATEWIDE JUDICIAL   :   No. 533 Judicial Administration Docket
EMERGENCY                           :
                                    :

## ORDER

**PER CURIAM**

AND NOW, this 25th day of March, 2020, in light of the necessity for a statewide judicial emergency until at least April 14, 2020, as well as the Governor's proclamations imposing increasingly restrictive remedial efforts:

This Court DIRECTS that the Supreme Court argument session scheduled for April 21st through the 23rd in Pittsburgh is CANCELLED. The cases listed for this session will be decided on the briefs submitted by the parties.

Upon good cause shown, the Court, on motion of a party to an appeal, will reschedule oral argument instead of deciding the appeals on the briefs. Any such motion must be filed before April 9, 2020.